JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIDY NAJARRO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-03851-SVW-SHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF DIDY NAJARRO'S CLAIMS WITHOUT PREJUDICE**<br><br>Complaint Filed:　May 15, 2019<br>Transferred:　　　May 6, 2021<br>Trial Date:　　　　February 9, 2022<br><br>Assigned to Hon. Stephen V. Wilson |

The Court, having reviewed the Stipulation of Dismissal of Plaintiff Didy Najarro's Claims Without Prejudice, and good cause appearing therefore, hereby enters the following Order.

1. The Stipulation of Dismissal of Plaintiff Didy Najarro's Claims Without Prejudice is **GRANTED**.
2. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: October 8, 2021

*/s/ Stephen V. Wilson*
Hon. Stephen V. Wilson
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL